

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2022

No. 04-21-00331-CR

John Darrick **RITTENBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20109
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief originally was due on December 29, 2021. On February 21, 2022, Mr. Patrick Maguire, appellant's appointed counsel, filed a "Motion to Abate Appeal and for Appointment of New Counsel," in which he stated he had a conflict of interest in representing appellant.[1] On February 1, 2022, we granted the motion and abated this case to the trial court for appointment of new counsel. On April 22, 2022, a supplemental clerk's record was filed containing a copy of the trial court's order appointing Mr. Oliver Neel as appellant's counsel. On April 26, 2022, this court ordered Mr. Neel to file appellant's brief no later than May 26, 2022.

On May 24, 2022, Mr. Neel filed an unopposed motion requesting a thirty-day extension of time in which to file the brief. The motion is GRANTED, and Mr. Neel is ORDERED to file appellant's brief **no later than June 27, 2022**. Because of the delays already incurred in this appeal, Mr. Neel is cautioned that further requests for an extension of time will be disfavored in the absence of extraordinary circumstances.

_Irene Rios_
Irene Rios, Justice

---

[1] Counsel states he acted as the magistrate in appellant's underlying criminal case in December 2019.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2022.



Michael A. Cruz,
Clerk of Court